■ DIGNA DIAZ, Appellant, v C-TOWN SUPERMARKET, Respondent. [888 NYS2d 883]

Concur—Andrias, J.P., Sweeny, Nardelli, Richter and Abdus-Salaam, JJ.